Margaret F. Bechdol, Plaintiff, v. George H. Bechdol, Respondent. Hector McG. Curren, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

Gustav Gardner, Respondent, v. Charles H. Gardner, Appellant.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

In the Matter of the Adoption of Anna, Helen and James Antonopulos, etc., by John D. Antonopulos, etc.— Motion granted. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

Martin Mager, Appellant, v. New York and Western Specialty Company and Another, Defendants. D. Henry Brown, etc., Respondent.— Motion granted, without costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

Alice Noller, as Administratrix, etc., Respondent, v. Erie Railroad Company, Appellant.— Motion for reargument, or for leave to appeal to the Court of Appeals, denied, without costs. Present — Jenks, P. J., Stapleton, Rich and Putnam, JJ.; Mills, J., taking no part.

The People of the State of New York ex rel. Robert S. Brewster and Others, Comprising the Building Commission of Westchester County, and Others, Relators, v. Board of Supervisors, etc., and Others, Respondents. — Temporary stay vacated. Motion for stay denied. The time for a meeting of the supervisors, for compliance with the order and writ of the Special Term, set for Wednesday, October 27, 1915, at eleven o'clock in the forenoon. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

William E. T. Smith and Others, Appellants, v. John J. Bartlett, Respondent.— Motion for reargument denied, without costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

George F. Fitzgerald, Respondent, v. Westchester County Brewing Company and William Hobby, Appellants.— Judgment affirmed by default, with costs. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Oscar Fried, Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion, Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred; Mills, J., taking no part.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 5,705, Issued to Henry F. Hormann, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Albert I. Sire, as Administrator, etc., of David Kutner, Deceased, Appellant. Napoleon L. Lafreniere, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Albert I. Sire, as Executor, etc., of Anna M. Kutner, Deceased, Appellant. Napoleon L. Lafreniere, Respondent.— Decree of the Surrogate's Court